IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUAN GOMEZ and HEATHER
ANNE GOMEZ,

    Plaintiffs,

v.                                         Case No. 3:17-cv-00269
                                           JUDGE TRAUGER

USAA GENERAL INDEMNITY
COMPANY,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and pursuant to Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure, and hereby notify the Court that this action should be dismissed with prejudice.

Dated this the 14th day of May, 2018.

                                                       Respectfully submitted,

                                                       **GILBERT McWHERTER**
                                                     **SCOTT BOBBITT PLC**

                                                     *s/Jonathan L. Bobbitt*
                                                     J. BRANDON McWHERTER #21600
                                                     bmcwherter@gilbertfirm.com
                                                     JONATHAN L. BOBBITT #23515
                                                     jbobbitt@gilbertfirm.com
                                                     341 Cool Springs Blvd., Suite 230
                                                     Franklin, Tennessee 37067
                                                     (615) 354-1144

                                                     *ATTORNEYS FOR PLAINTIFFS*

**MAYNARD, COOPER & GALE, P.C.**

*s/Michael D. Mulvaney w/permission by Jonathan Bobbitt*
MICHAEL D. MULVANEY #30040
mmulvaney@maynardcooper.com
TARA L. BLAKE (*admitted PHV*)
tblake@maynardcooper.com
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
(205) 254-1000

**BUTLER SNOW LLP**
DAVID L. JOHNSON #18732
david.johnson@butlersnow.com
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
(615) 651-6700

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served upon the following via the Court's Electronic Filing System on the 16th day of May, 2018.

Michael D. Mulvaney
Tara B. Sprague
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham AL 35203-2618

David L. Johnson
Butler Snow LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville TN 37201

*s/Jonathan L. Bobbitt*
